# UNITED STATES DISTRICT COURT

for the

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JORGE ROJAS, on behalf of himself and all others similarly situated** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Civil Action No. 1:26-cv-00581 |
| v. ) | |
| ) | |
| **AMERICAN POLICE OFFICERS ALLIANCE, INC.** ) | |
| ) | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Wayne Pearson, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to American Police Officers Alliance, Inc. in Henrico County, VA on January 23, 2026 at 2:16 pm at 8401 Mayland Dr Ste S, Henrico, VA 23294 by leaving the following documents with Kat Ellis who as Intake Specialist at Registered Agents Inc. is authorized by appointment or by law to receive service of process for American Police Officers Alliance, Inc.

CLASS ACTION COMPLAINT
CIVIL COVER SHEET
SUMMONS IN A CIVIL ACTION

Race: White, Sex: Female, Est. Age: 35-44, Hair: Brown, Glasses: Y, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=37.6251848296,-77.5501231793
Photograph: See Exhibit 1

Total Cost: $90.00
Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_Henrico County_ ,

_VA_    on    _1/23/2026_    .

/s/ *Wayne Pearson*

Signature
Wayne Pearson
+1 (804) 283-2548



