IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JORGE ROJAS**, *on behalf of himself and all others similarly situated*,<br><br>  Plaintiff,<br><br>v.<br><br>**AMERICAN POLICE OFFICERS ALLIANCE, INC.**,<br><br>  Defendant. | Case No. 1:26-cv-00581 |

## AMERICAN POLICE OFFICERS ALLIANCE, INC.'S NOTIFICATION AS TO AFFILIATES

Defendant American Police Officers Alliance, Inc. ("APOA"), pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, and through undersigned counsel, hereby certifies the following:

APOA is a not-for-profit Section 527 political organization. APOA has no parent corporation, no publicly held corporation has an ownership interest in APOA, and no entity or individual owns 5% or more of APOA.

Dated February 13, 2026

                                                                Respectfully submitted,

                                                                By: /s/ *Thomas C. Flowers*

                                                                Quintairos, Prieto, Wood & Boyer
                                                                141 W. Jackson Blvd
                                                                Suite 1575
                                                                Chicago IL 60604
                                                                312-566-0040
                                                                ARDC No. 6310862
                                                                Thomas.flowers@qpwblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2026, I electronically filed Defendant American Police Officers Alliance, Inc.'s Notification of Affiliates with the Clerk of Court using its CM/ECF system , which will provide notice of such filing to the following counsel:

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

          Respectfully submitted,

          By: /s/ *Thomas C. Flowers*

          Quintairos, Prieto, Wood & Boyer
          141 W. Jackson Blvd
          Suite 1575
          Chicago IL 60604
          312-566-0040
          ARDC No. 6310862
          Thomas.flowers@qpwblaw.com