## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Jorge Rojas

         Plaintiff,

v.                Case No.: 1:26–cv–00581

                Honorable Thomas M. Durkin

American Police Officers Alliance, Inc.

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 26, 2026:

  MINUTE entry before the Honorable Thomas M. Durkin: The Court is in receipt of the joint status report and enters the following schedule. Initial written discovery to be issued by 4/29/2026. Amended pleadings are due by 6/30/2026. Discovery deadline is 10/1/2026. Plaintiff's expert reports are due by 10/31/2026. Defendant's expert reports are due by 11/30/2026. Rebuttal expert reports are due by 12/14/2026. A telephone status hearing is set for 6/29/2026 at 9:00 a.m. To join the telephone conference, dial (650) 479–3207, Access Code 180 815 7648. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.