**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JORGE ROJAS**, *on behalf of himself and all others similarly situated*,<br><br>  Plaintiff,<br><br>**v.**<br><br>**AMERICAN POLICE OFFICERS ALLIANCE, INC.**,<br><br>  Defendant. | **Case No. 1:26-cv-00581** |

## <u>NOTICE OF SETTLEMENT</u>

Please take notice that the parties have reached an agreement in principle to resolve Plaintiff's individual claims against Defendant American Police Officers Alliance, Inc.  The parties anticipate filing a stipulation of dismissal with prejudice as to Plaintiff's individual claims, and without prejudice as to the putative class claims, in due course.

Dated: June 16, 2026

Respectfully submitted,
By: /s/ *Thomas C. Flowers*

Quintairos, Prieto, Wood & Boyer
141 W. Jackson Blvd
Suite 1575
Chicago IL 60604
312-566-0040
ARDC No. 6310862
Thomas.flowers@qpwblaw.com

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of June 2026, the following document in the above-captioned matter was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Thomas C. Flowers*