**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jorge Rojas

                    Plaintiff,

v.                                        Case No.: 1:26–cv–00581
                                          Honorable Thomas M. Durkin

American Police Officers Alliance, Inc.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 16, 2026:

        MINUTE entry before the Honorable Thomas M. Durkin: A notice of settlement has been filed. All currently pending deadlines and hearings are stayed. A joint status report on settlement is due by 7/16/2026, unless the case is dismissed before then. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.