**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

<table>
<tr><td>

**JORGE ROJAS**, *on behalf of himself and all others similarly situated*,

  Plaintiff,

**v.**

**AMERICAN POLICE OFFICERS ALLIANCE, INC.**,

  Defendant.

</td><td>

**Case No. 1:26-cv-00581**

</td></tr>
</table>

## <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

Dated: July 9, 2026

Respectfully submitted,
By: /s/ *Thomas C. Flowers*

Quintairos, Prieto, Wood & Boyer
141 W. Jackson Blvd
Suite 1575
Chicago IL 60604
312-566-0040
ARDC No. 6310862
Thomas.flowers@qpwblaw.com

 /s/ *Anthony I. Paronich*
Anthony I. Paronich,
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
Email: anthony@paronichlaw.com
*Attorneys for Plaintif*